IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD BRYANT, *as Purchaser and Agent of Delores Hawkins, Owner and Seller*, § § § Plaintiff, § § v. § § JP MORGAN CHASE BANK, Mortgage § Holder, et al., § § Defendants. § | Civil Action No. 3:12-CV-2650-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendant's Motion to Dismiss for Failure to State a Claim*, filed August 9, 2012 (doc. 6), is **GRANTED**, and all of Plaintiff's claims against Defendant are **DISMISSED with prejudice.**

**SIGNED** this 25th day of February, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS